135 A.3d 1017

In re Nomination Petition of Joseph VODVARKA as a Candidate of the Democratic Party for the United States Senate in the Primary Election of April 26, 2016.

Appeal of Joseph Vodvarka.

Supreme Court of Pennsylvania.

April 19, 2016.

Kathleen Marie Kotula, Esq., Pennsylvania Department of State, for Kathleen M. Kotula.

Paul Anthony Rossi, Esq., for Joseph Vodvarka.

Robert McCarthy Palumbos, Esq., Philadelphia, James Manly Parks, Esq., Duane Morris, L.L.P., for Joseph A. Sestak, Jr.

## ORDER

PER CURIAM.

AND NOW, this 19th day of April, 2016, the March 30, 2016 order of the Commonwealth Court granting Joseph A. Sestak's Petition to Set Aside the Nomination Petition of Joseph Vodvarka is REVERSED and the matter is REMANDED. The Commonwealth Court shall direct the Secretary of the Commonwealth to reinstate the name of Joseph Vodvarka on the ballot for the April 26, 2016, Democratic Primary election for United States Senate.

Opinion to follow.